757 A.2d 354

**Brett M. McLANE, Sr., Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.**

**No. 76 M.D. Appeal Docket 2000.**

Supreme Court of Pennsylvania.

Aug. 9, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 9th day of August, 2000, probable jurisdiction is noted and the order of the Commonwealth Court is affirmed. The Petition For Appointment of Counsel is dismissed.